UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-24870-KMM

BETTY MARIA SANCHEZ,

    Plaintiff,
v.

COMM'R OF SOC. SEC. ADMIN.,
Andrew Saul,[1]

    Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Plaintiff Betty Sanchez's ("Plaintiff") Unopposed Motion for Attorneys' Fees and Costs Under the Equal Access to Justice Act ("EAJA"). ("Mot.") (ECF No. 31). The Court referred the matter to the Honorable Jacqueline Becerra, United States Magistrate Judge, to issue a report and recommendation. (ECF No. 32). Magistrate Judge Becerra issued a Report and Recommendation ("R&R") recommending that Plaintiff's Motion be GRANTED. (ECF No. 33). No objections were filed and the time to do so has passed. The matter is now ripe for review.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff seeks to recover $6,315.86 in attorneys' fees and $400.00 as reimbursement of the cost of filing fees pursuant to the EAJA. Mot. at 2. As set forth in the R&R, Magistrate Judge

---

[1] Although Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is named as Defendant, Andrew Saul is now the Commissioner of the Social Security Administration and is automatically substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d). Fed. R. Civ. P. 25(d).

Becerra determined that Plaintiff is entitled to recover reasonable attorneys' fees and costs under the EAJA because Plaintiff has met the five requisite conditions under the statute. R&R at 2–3. Magistrate Judge Becerra also determined that the fees requested are reasonable. *Id.* at 4–7. Finally, Magistrate Judge Becerra determined that the attorneys' fees should be payable to Plaintiff's counsel, "subject to offset against any pre-existing debt Plaintiff may owe to the United States." *Id.* at 9. This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Becerra's R&R (ECF No. 33) is ADOPTED. Consistent with Magistrate Judge Becerra's R&R, Plaintiff's Unopposed Motion for Attorneys' Fees Under the EAJA (ECF No. 31) is GRANTED. Plaintiff is awarded $6,315.86 in attorneys' fees and $400.00 in costs, which should be sent to Plaintiff's counsel after the Government determines whether Plaintiff owes a federal debt.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of October, 2020.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record