**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:18-cv-24870-KMM

BETTY MARIA SANCHEZ,

    Plaintiff,
v.

KILOLO KIJAKAZI.,
Acting Commissioner of the Social Security
Administration,[1]

    Defendant.
_____/

**ORDER ON REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon Plaintiff's attorneys Katherine O. Palacios-Moreno's and Rogelio R. Oliver's ("Plaintiff's Attorneys") Unopposed Motion for Approval of Attorney Fees Under 42 U.S.C. § 406(b). ("Mot.") (ECF No. 35). The Court referred the matter to the Honorable Jacqueline Becerra, United States Magistrate Judge, to issue a report and recommendation. (ECF No. 36). Magistrate Judge Becerra issued a Report and Recommendation ("R&R") recommending that Plaintiff's Motion be GRANTED. (ECF No. 42). No objections were filed and the time to do so has passed. The matter is now ripe for review.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff's Attorneys seek an award of $25,970.40 in attorneys' fees, with the understanding that the previously awarded EAJA fee of $6,315.86, *see* (ECF No. 34), will be reimbursed to

---

[1] Although Nancy Berryhill, Acting Commissioner of the Social Security Administration, is named as Defendant, Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration and is automatically substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d). Fed. R. Civ. P. 25(d).

Plaintiff by her attorneys. (ECF No. 35) at 13. As set forth in the R&R, Magistrate Judge Becerra determined that Plaintiff's Attorneys are entitled to recover reasonable attorneys' fees and costs under 42 U.S.C. § 406(b) because a judgment was entered in favor of Plaintiff and the fee request is undisputed. R&R at 2–3. Magistrate Judge Becerra also determined that the requested fees are reasonable. *Id.* at 3–4. Finally, Magistrate Judge Becerra noted that the previously awarded EAJA fee in the amount of $6,315.86 shall be refunded from Plaintiff's Attorneys to Plaintiff. *Id.* This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Becerra's R&R (ECF No. 42) is ADOPTED. Consistent with Magistrate Judge Becerra's R&R, Plaintiff's Attorneys' Unopposed Motion for Approval of Attorney Fees Under 42 U.S.C. § 406(b) (ECF No. 35) is GRANTED. Upon a determination that Plaintiff owes no qualifying, preexisting debts to the Government, Plaintiff's Attorneys are awarded $25,970.40 in attorneys' fees, which should be sent to Plaintiff's counsel, and Plaintiff's Attorneys shall remit to Plaintiff the previously awarded EAJA fee in the amount of $6,315.86.

DONE AND ORDERED in Chambers, at Miami, Florida this *1st* day of November, 2021.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record